UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-22644-CIV-MARTINEZ-OTAZO-REYES

JAVIER A. GONZALEZ,
    Plaintiff,

vs.

VSMB, LLC, d/b/a CASA CASUARINA,
d/b/a GIANNI'S
    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice ("Motion"), [ECF No. 14]. The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review, [ECF No. 14-1]. After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby **ORDERED and ADJUDGED** that

1. The parties' Motion, [ECF No. 14], is **GRANTED**.
2. The parties' Settlement Agreement is hereby **APPROVED**.
3. This action is **DISMISSED with prejudice**.
4. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce the parties' Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of February, 2021.

*[signature]*
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record